FRANCIS HIGGINS, as Receiver, etc., Respondent, *v.* NEIL
    O'DONNELL et al., Impleaded, etc., Appellants.

(Submitted October 18, 1893; decided November 28, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered
upon an order made March 17, 1893, which affirmed a
judgment in favor of plaintiff entered upon a verdict directed
by the court.

*E. L. Collier* for appellants.

*Durnin & Hendrick* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

CINCINNATI NATIONAL BANK, Appellant, *v.* MYRON H. TILDEN,
    Jr., et al., Impleaded, etc., Respondents.

THOMAS BROWN, as Administrator, etc., Respondent, *v.* MYRON
    H. TILDEN, Jr., et al., Impleaded, etc., Appellants.

(Argued October 20, 1893; decided November 28, 1893.)

APPEAL from order of the General Term of the Supreme
Court in the fifth judicial department, made January 18, 1893,
which reversed an order of Special Term denying a motion
by Thomas Brown, as administrator, etc., to require the
receiver appointed in the action first above entitled to pay over
rents in his hands.

*E. M. Ashley* for appellants.

*Joseph W. Taylor* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.